## LAMP v. SIEVERS.

1. **Practice in Supreme Court: NO ARGUMENT: APPEAL ABANDONED.** Where an appeal has been taken and errors assigned, but appellant fails to file an argument, the appeal will be regarded as abandoned, and will be dismissed.

*Appeal from Clinton Circuit Court.*

FRIDAY, APRIL 24.

ACTION to recover for the value of certain rails, trees, wire and fence posts alleged to have been taken and carried away

by the defendant from a farm purchased by plaintiff of the defendant, and which property it is alleged passed with the farm as a part of the purchase. There was a trial to the court and a finding of facts, and judgment was rendered upon the finding in favor of the plaintiff. The defendant appeals.

No appearance for appellant.

*A. R. Cotton,* for appellee.

ADAMS, J.—The finding of the court not only shows the facts, but the conclusions of law thereon. The defendant by his assignments of errors raised the question in regard to the correctness of the conclusions of law, but for some reason he has not seen fit to file any argument. It is a familiar rule of this court that no assigned errors will be considered which are not argued, and where no argument is filed by the appellant the prosecution of the appeal must be deemed to have been abandoned. We think that the appeal must be

DISMISSED.